## Felder, Appellant, v. Deighan.

Argued June 21, 1966. *Walter Lazaroff,* with him *Bernstein, Bernstein, Harrison & Kessler,* for appellant; *Frank Bielitsky,* for appellee.

Judgment affirmed.

## Flamingo Cafe Liquor License Case.

Argued June 17, 1966. *Thomas J. McBride,* with him *Howard Gittis,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellant; *J. Leonard Langan,* Assistant Attorney General, with him *Lawrence Flick,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Edward Friedman,* Acting Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

## Forman et vir, Appellants, v. Bender.

Argued June 17, 1966. *Beryl E. Hoffman,* with him *Bloom, Ocks & Fisher,* for appellants; *Joseph W. Fullem, Jr.,* with him *Bennett & Bricklin,* for appellees.

Order affirmed.

MONTGOMERY, J., dissented.

SPAULDING, J., took no part in the consideration or decision of this case.